**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ThermoPro, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA Prize Wheels R Fun** <br> **DBA Games People Play** <br> **DBA The Golf Target** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **58-2003230** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**1600 Cross Pointe Way**
**Suite D**

**Duluth, GA 30097**
Number, Street, City, State & ZIP Code

**Gwinnett**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**1600 Cross Pointe WaySuite D Duluth, GA**
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.thermopro.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **ThermoPro, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3261__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check ***all*** *that apply:*

  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ | |

Debtor    **ThermoPro, Inc.**
_____     Case number (*if known*) _____
Name

**11. Why is the case filed in this district?**     *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**     *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor __**ThermoPro, Inc.**_____    Case number (*if known*) _____
     Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**April 1, 2025**_____
           MM / DD / YYYY

**X** **/s/  Gregory Weigle**_____    **Gregory Weigle**_____
     Signature of authorized representative of debtor    Printed name

Title    **CEO**_____

**18. Signature of attorney**

**X** **/s/ Michael Pugh**_____    Date __**April 1, 2025**_____
     Signature of attorney for debtor           MM / DD / YYYY

**Michael Pugh 150170 Esq.**_____
Printed name

**Thompson, O'Brien, Kappler & Nasuti, P.C.**_____
Firm name

**2 Sun Court, Suite 400**
**Peachtree Corners, GA 30092**_____
Number, Street, City, State & ZIP Code

Contact phone    **(770) 925-0111**_____    Email address    **mpugh@tokn.com**_____

**150170 GA**_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **ThermoPro, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 1, 2025**        X **/s/   Gregory Weigle**
                                              Signature of individual signing on behalf of debtor

                                              **Gregory Weigle**
                                              Printed name

                                              **CEO**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ThermoPro, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Atlanta Digital Marketing Grp. 3221 Lynwood Dr. NE Atlanta, GA 30319** | | | | | | **$13,000.00** |
| **Atlanta Metal Coating 3929 Oakcliff Industrial Ct Atlanta, GA 30340** | | | | | | **$25,340.00** |
| **Carolina Custom Finishing 2115 N. Fayetteville Street Asheboro, NC 27203** | | | | | | **$31,843.50** |
| **CitiBank ATTN: Sunil Garg, CEO 388 Greenwich Street New York, NY 10013** | | | | | | **$35,000.00** |
| **East West Manufacturing 4170 Ashford Dunwoody Rd Suite 560 Atlanta, GA 30319** | | | | | | **$97,888.29** |
| **Fed Ex P.O. Box 660481 Dallas, TX 75266** | | | | | | **$18,352.03** |
| **Gas South PO Box 530552 Atlanta, GA 30353** | | | | | | **$16,501.61** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

| Debtor | **ThermoPro, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GAS SOUTH, LLC ATTEN: Jamie Tiernan 788 Circle 75 Parkway SE, Suite 800 Atlanta, GA 30339** | | | | | | **$16,502.00** |
| **Gwinnett County Tax Commissioner 75 Langley Drive Lawrenceville, GA 30046** | | **Personal Property of Business** | | **$44,231.00** | **$0.00** | **$44,231.00** |
| **PARAFIN, INC. ATTEN: 1505 Corporation INCORPORATING SERVICES, LTD. 301 HOWARD STREET SUITE 1500 San Francisco, CA 94105** | | | | | | **$13,352.00** |
| **Peachtree Packaging & Display 770 Marathon Pkwy Lawrenceville, GA 30046** | | | | | | **$11,445.60** |
| **Rapid Finance 4500 East West Highway 6th Floor Bethesda, MD 20814** | | **All Tangible and Intangible Company Assets** | | **$132,000.00** | **$100,000.00** | **$132,000.00** |
| **REA UPO V Consolidate Collections PO Box 843645 Dallas, TX 75284** | | | | | | **$206,538.01** |
| **REVENUED LLC ATTEN: CORPORATION SERVICE COMPANY 1201 HAYS STREET Tallahassee, FL 32301** | | **Customer Accounts Receivable Customer Accounts Receivable** | | **$205,000.00** | **$220,000.00** | **$69,000.00** |
| **Rowmark PO Box 92933 Cleveland, OH 44194** | | | | | | **$12,644.15** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor  **ThermoPro, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SBA 4600 Sheridan Street Hollywood, FL 33021 | | All tangible and intangible company assets | | $205,000.00 | $0.00 | $205,000.00 |
| Stephen Gould Corporation 5 Giralda Farms Madison, NJ 07940 | | | | | | $11,125.40 |
| Uncapped Solutions LLC 8 The Green STE B Dover, DE 19901 | | | | | | $13,871.00 |
| Unique Funding Solutions 4600 Sheridan Street Suite 301A | | Customer Accounts Receivable Customer Accounts Receivable | | $80,000.00 | $220,000.00 | $80,000.00 |
| VISA U.S.A. INC. ATTN: Corporation Service Company, Registered Agent 2 Sun Court Suite 400 Peachtree Corners, GA 30092 | | Credit card purchases | | | | $10,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **ThermoPro, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................  $     **1,160,700.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................  $     **966,545.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................  $     **2,127,245.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................  $     **982,231.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................  $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................  +$     **652,422.91**

4.    **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b      $     **1,634,653.91**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **ThermoPro, Inc.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:       Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                    Current value of
                                                                                         debtor's interest

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
        Name of institution (bank or brokerage firm)           Type of account           Last 4 digits of account
                                                                                          number

        3.1.   **The Piedmont Bank**                            **Checking**              **1068**                          $0.00

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                                                 $0.00
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:       Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☒ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        7.1.   **Rental Deposit held by Nuveen Real Estate**                                                            $22,345.00

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

        8.1.   **Selective Insurance - Management Liability Insurance**                                                     $0.00

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Debtor    **ThermoPro, Inc.**                                    Case number *(If known)* _____
_____
Name

8.2.  **Selective Insurance - D&O Insurance** _____        **$0.00**

8.3.  **Selective Insurance** _____        **$0.00**

8.4.  **Travelers Crime Insurance** _____        **$0.00**

8.5.  **FFVA Mutual Insurance Co. Workers' Compensation Insurance** _____        **$0.00**

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.        **$22,345.00**

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:        **216,000.00**    -        **0.00**    = ....        **$216,000.00**
face amount        doubtful or uncollectible accounts

11b. Over 90 days old:        **8,000.00**    -        **4,000.00**    =....        **$4,000.00**
face amount        doubtful or uncollectible accounts

12.  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.        **$220,000.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** **Raw Materials** | **Perpetual** | **$0.00** | **Recent cost** | **$306,000.00** |

Debtor     **ThermoPro, Inc.**                                           Case number *(If known)* _____
            Name

| 20. | **Work in progress** | | | | |
|---|---|---|---|---|---|
| | Work in Progess | Perpetual | $0.00 | Recent cost | $104,000.00 |

| 21. | **Finished goods, including goods held for resale** | | | | |
|---|---|---|---|---|---|
| | Finished Goods | Perpetual | $0.00 | Recent cost | $24,000.00 |

| 22. | **Other inventory or supplies** | | | | |
|---|---|---|---|---|---|
| | Other Inventory or Supplies | Perpetual | $0.00 | Recent cost | $5,000.00 |
| | Product Molds | | $0.00 | | $0.00 |

| 23. | **Total of Part 5.** | | | $439,000.00 |
|---|---|---|---|---|
| | Add lines 19 through 22.   Copy the total to line 84. | | | |

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | 1999 Dayton Band Saw | $0.00 | Liquidation | $250.00 |
| | 2006 Tannewitz Model HB-950 | $0.00 | Liquidation | $500.00 |
| | 2016 Kaiser Air Compressor Model TD-61 | $0.00 | Liquidation | $1,000.00 |
| | 1998 MAAC 4 x 6 3 station rotary | $0.00 | Liquidation | $20,700.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **ThermoPro, Inc.**    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 1998 MAAC ASP | $0.00 | Liquidation | $3,000.00 |
| 2005 AVT 5 x 8 3 station rotary | $0.00 | Liquidation | $24,000.00 |
| 2010 Quincy Drying Oven BC-408 | $0.00 | Liquidation | $3,750.00 |
| 2000 RotoGran Granulator PH-12-14 SP | $0.00 | Liquidation | $1,000.00 |
| 2005 5 axis Thermwood C67DT 5 x 10 | $0.00 | Liquidation | $15,000.00 |
| 2006 Thermwood   C67DT 10 x 10   table | $0.00 | Liquidation | $15,000.00 |
| 1998 3 axis motion master 4 x 8 | $0.00 | Liquidation | $2,850.00 |
| 2001 Andersen 3 axis NC-3116TC 5 x 10 | $0.00 | Liquidation | $5,550.00 |
| 1999 Porte 90 degree conveyor c-3848-90 | $0.00 | | $0.00 |
| 1999 Ultraviolet UV system HC-48 | $0.00 | | $0.00 |
| 2001 Dustek Dust system W1500 | $0.00 | | $0.00 |
| 1999 FTM HEAT BENDER 989675 | $0.00 | | $0.00 |
| 2005 Delta Radial saw 424-02-131-0014 | $0.00 | | $0.00 |
| 2005 Milwaukee Panel saw 6486-20 | $0.00 | | $0.00 |
| 2005 Jet Drill Press JDP17MF | $0.00 | Liquidation | $100.00 |
| 2009 Porter cable table saw PCB270TS | $0.00 | | $0.00 |
| 2005 Enco Lathe 110-0820 | $0.00 | Liquidation | $500.00 |
| 2005 Dayton Welder 3Z913F | $0.00 | Liquidation | $50.00 |
| 2006 Cousins shrink wrap machine LP2100 | $0.00 | Liquidation | $4,000.00 |
| Yale Fork lift ERC030AGN36TE094 | $0.00 | Liquidation | $4,000.00 |
| Toyota forklift 7FBEU20 | $0.00 | Liquidation | $5,000.00 |
| Color/Gloss Meter | $0.00 | | $0.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **ThermoPro, Inc.**                                    Case number *(If known)* _____
     Name

| | | | |
|---|---|---|---|
| **BYK Gardner Ultra Sonic Gauge PANAmetrics NDT 35** | $0.00 | Liquidation | $300.00 |
| **2001 Pennsylvania scale** | $0.00 | | $0.00 |
| **X-Y plotter** | $0.00 | | $0.00 |
| **Plotter cable router 7518** | $0.00 | | $0.00 |
| **Misc conveyor** | $0.00 | | $0.00 |
| **Pallet Racking** | $0.00 | Liquidation | $1,000.00 |
| **Loctite pressure pots Bonda matic** | $0.00 | Liquidation | $200.00 |
| **1998 Quincy Air compressor 15 Hp** | $0.00 | Liquidation | $750.00 |
| **2008 Spanco Hoist 500lbs** | $0.00 | Liquidation | $100.00 |
| **8 pallet Jacks** | $0.00 | Liquidation | $100.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **Two (2) Graphic Printers** | $0.00 | Liquidation | $5,000.00 |
| **Solid Works Software** | $0.00 | Liquidation | $500.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
    Add lines 39 through 42.   Copy the total to line 86.

| |
|---|
| **$114,200.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☒ No.   Go to Part 9.
    ☐ Yes Fill in the information below.

Debtor **ThermoPro, Inc.**
_____  Case number *(If known)* _____
Name

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **2292 Elder Mill Road Watkinsville, GA 30677** | | **$0.00** | | **$1,160,700.00** |
| 55.2.  **1600 Cross Pointe Way Suite D Duluth, GA 30097** | **Leasehold Interest** | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| **$1,160,700.00** |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>**ThermoPro.com Domain Name** | **$0.00** | **N/A** | **$1,000.00** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations**<br>**Customer List** | **$0.00** | **N/A** | **$100,000.00** |
| 64.    **Other intangibles, or intellectual property** | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **ThermoPro, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**65.    Goodwill**

**66.    Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $101,000.00 |
|---|

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.    Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.    Notes receivable**
Description (include name of obligor)

**72.    Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **ERTC Refund** | Tax year 2021 | $70,000.00 |
|---|---|---|
| **Net Operating Losses** | Tax year 2019-2023 | $0.00 |

**73.    Interests in insurance policies or annuities**

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.    Trusts, equitable or future interests in property**

**77.    Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.    Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $70,000.00 |
|---|

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **ThermoPro, Inc.** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $22,345.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $220,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $439,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $114,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $1,160,700.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $101,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $70,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $966,545.00 | + 91b. $1,160,700.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,127,245.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **ThermoPro, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Gwinnett County Tax Commissioner**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Personal Property of Business** | **$44,231.00** | **$0.00** |
|---|---|---|---|---|

**75 Langley Drive**
**Lawrenceville, GA 30046**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Maison Capital Group, Inc.**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Customer Accounts Receivable; Customer Accounts Receivable** | **$80,000.00** | **$220,000.00** |
|---|---|---|---|---|

**4601 Sheridan Street**
**Suite 320**
**Hollywood , FL 33021**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
**02/11/2025**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **ThermoPro, Inc.**
_____
Name

Case number (*if known*) _____

**Specified on line 2.2**
_____

---

| 2.3 | **Rapid Finance** | Describe debtor's property that is subject to a lien | $132,000.00 | $100,000.00 |
|---|---|---|---|---|

Creditor's Name
**4500 East West Highway
6th Floor
Bethesda, MD 20814**

Creditor's mailing address

**All Tangible and Intangible Company Assets**

**Describe the lien**
**Non-Purchase Money Security**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
**7/01/2024**

**Last 4 digits of account number**
**2099**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **REVENUED LLC** | Describe debtor's property that is subject to a lien | $205,000.00 | $220,000.00 |
|---|---|---|---|---|

Creditor's Name
**ATTEN: CORPORATION
SERVICE COMPANY
1201 HAYS STREET**

**Tallahassee, FL 32301**

Creditor's mailing address

**Customer Accounts Receivable; Customer Accounts Receivable**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
**6/13/2024**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **SBA** | Describe debtor's property that is subject to a lien | $205,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**4600 Sheridan Street
Hollywood, FL 33021**

Creditor's mailing address

**All tangible and intangible company assets**

**Describe the lien**
**Non-Purchase Money Security**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
**6/19/2020**

**Last 4 digits of account number**
**7909**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | ThermoPro, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **The Piedmont Bank** | **Describe debtor's property that is subject to a lien** | $236,000.00 | $1,160,700.00 |
|---|---|---|---|---|
| | Creditor's Name | **2292 Elder Mill RoadWatkinsville, GA 30677** | | |

**5100 Peachtree Parkway**
**Peachtree Corners , GA**
**30092**
Creditor's mailing address

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**6/29/2017**

**Last 4 digits of account number**
**5004**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Unique Funding Solutions** | **Describe debtor's property that is subject to a lien** | $80,000.00 | $220,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Customer Accounts Receivable; Customer Accounts Receivable** | | |

**4600 Sheridan Street**
**Suite 301A**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $982,231.00 |
|---|---|---|

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name      **ThermoPro, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,075.55** |
|---|---|---|---|
| 3.1 | **AAA Cooper**<br>**P.O. Box 935003**<br>**Atlanta, GA 31193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,265.79** |
|---|---|---|---|
| 3.2 | **ADCO Plastics**<br>**1256 Sandtown Road**<br>**Marietta, GA 30008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$896.60** |
|---|---|---|---|
| 3.3 | **Aflac**<br>**PO Box 673025**<br>**Dallas, TX 75267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$762.50** |
|---|---|---|---|
| 3.4 | **All Service Delivery**<br>**6160 Purdue Drive SW**<br>**Atlanta, GA 30336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,222.00** |
|---|---|---|---|
| 3.5 | **Amstat Industries**<br>**1192 Heather Drive**<br>**Lake Zurich, IL 60047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

Debtor  **ThermoPro, Inc.**                                                          Case number (if known) _____
         Name

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$189.99** |
|---|---|---|---|

**AT&T**
**PO BOX 105251**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,000.00** |
|---|---|---|---|

**Atlanta Digital Marketing Grp.**
**3221 Lynwood Dr. NE**
**Atlanta, GA 30319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$280.00** |
|---|---|---|---|

**Atlanta Fire Extinguisher**
**P.O. Box 7830**
**Atlanta, GA 30357**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,340.00** |
|---|---|---|---|

**Atlanta Metal Coating**
**3929 Oakcliff Industrial Ct**
**Atlanta, GA 30340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,547.60** |
|---|---|---|---|

**Borke Mold Specialist**
**9541 GLADES DRIVE**
**Hamilton, OH 45011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,365.00** |
|---|---|---|---|

**Capital City**
**4955 Avalon Ridge Pkwy, Ste 100**
**Norcross, GA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,843.50** |
|---|---|---|---|

**Carolina Custom Finishing**
**2115 N. Fayetteville Street**
**Asheboro, NC 27203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,860.00** |
|---|---|---|---|

**Castek Aluminum Inc.**
**527 Ternes Ave.**
**Elyria, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | ThermoPro, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,770.00 |
|---|---|---|
| **Champion Plastics**<br>**220 Clifton BLVD**<br>**Clifton, NJ 07011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|
| **CitiBank**<br>**ATTN: Sunil Garg, CEO**<br>**388 Greenwich Street**<br>**New York, NY 10013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number  8036 | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,558.76 |
|---|---|---|
| **Curbell Plastics Inc**<br>**14746 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,888.29 |
|---|---|---|
| **East West Manufacturing**<br>**4170 Ashford Dunwoody Rd Suite 560**<br>**Atlanta, GA 30319** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ECI Software Solutions**<br>**CORPORATION SERVICE COMPANY**<br>**1160 DUBLIN ROAD, SUITE 400**<br>**Columbus, OH 43215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.60 |
|---|---|---|
| **Ehrlich Pest Control**<br>**PO Box 13848**<br>**Reading, PA 19612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,352.03 |
|---|---|---|
| **Fed Ex**<br>**P.O. Box 660481**<br>**Dallas, TX 75266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $417.48 |
|---|---|---|
| **FedEx Freight**<br>**DEPT CH PO BOX 10306**<br>**Palatine, IL 60055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

Debtor    **ThermoPro, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$179.74** |
|---|---|---|---|

Fusion Cloud Services LLC
PO Box 31001-4169
Pasadena, CA 91110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$2,187.40** |
|---|---|---|---|

Futurex
P. O. 158
Bloomingdale, IN 47832

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$120.00** |
|---|---|---|---|

GA Radioactive Materials Program
4244 internatial Pkwy Suite 120
Atlanta, GA 30354

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$16,501.61** |
|---|---|---|---|

Gas South
PO Box 530552
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$16,502.00** |
|---|---|---|---|

GAS SOUTH, LLC
ATTEN: Jamie Tiernan
788 Circle 75 Parkway SE, Suite 800
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _2257_

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

Gibson Corrugated LLC
ATTEN: CHARLES DALE GIBSON
3060 EASON BLVD
Tupelo, MS 38801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,040.41** |
|---|---|---|---|

Grainger Inc.
Dept. 844407940
Palatine, IL 60038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

Gregory Weigle
2292 Elder Mill Rd
Watkinsville, GA 30677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **ThermoPro, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,492.83** |
|---|---|---|---|

**HOME DEPOT CREDIT SERVICES**
**P O Box 9001043**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,853.44** |
|---|---|---|---|

**Jackson EMC**
**P.O. BOX 100**
**Jefferson, GA 30549**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Just Pallets and Crates**
**1400 Veterans Memorial Hwy Ste 134**
**Mableton, GA 30126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$234.27** |
|---|---|---|---|

**KMT Systems / Mid South Securi**
**1732 SANDS PLACE**
**Marietta, GA 30067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,580.50** |
|---|---|---|---|

**Laird Plastics**
**8110 Troon Circle Suite 100**
**Austell, GA 30168**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,635.48** |
|---|---|---|---|

**MCMaster Carr Supply**
**P O BOX 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,489.40** |
|---|---|---|---|

**MLC CAD Systems Inc**
**4625 W William Cannon Dr Bldg 5**
**Austin, TX 78749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$888.99** |
|---|---|---|---|

**MSC Industrial Supply**
**PO Box 953635**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | **ThermoPro, Inc.** | Case number (if known) |
|--------|---------------------|------------------------|
| | Name | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47.12** |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Pacifictech**
22695 Old Canal Road
Yorba Linda, CA 92887

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,352.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**PARAFIN, INC.**
ATTEN: 1505 Corporation INCORPORATING
SERVICES, LTD.
301 HOWARD STREET
SUITE 1500
San Francisco, CA 94105

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,445.60** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**Peachtree Packaging & Display**
770 Marathon Pkwy
Lawrenceville, GA 30046

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$781.56** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Pitney Bowes Global Fin. Serv.**
PO Box 371887
Pittsburgh, PA 15250

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,930.60** |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------------|

**Primex Plastics**
PO Box 854527
Minneapolis, MN 55485

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,599.32** |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------------|

**Purchase Power**
PO Box 981026
Boston, MA 02298

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**QIMA (US)**
352 Sonwil Dr
Buffalo, NY 14225

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,295.88** |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------------|

**Quench USA Inc.**
630 Allendale Rd Suite 200
King of Prussia, PA 19406

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **ThermoPro, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$206,538.01**

**REA UPO V Consolidate Collections**
**PO Box 843645**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00**

**RETIREMENT PLAN ADMINISTRATORS, LLC**
**ATTEN: Michael Zahariades**
**780 Johnson Ferry Road, Suite 375**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,644.15**

**Rowmark**
**PO Box 92933**
**Cleveland, OH 44194**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,529.42**

**Savant CTS**
**301 Heritage Walk**
**Woodstock, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,964.65**

**Sekisui Kydex**
**6685 Low Street**
**Bloomsburg, PA 17815**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,547.60**

**Simona Boltaron**
**1 General Street**
**Newcomerstown, OH 43832**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,537.46**

**Simona PMC**
**PO BOX 1123**
**Findlay, OH 45839**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,561.74**

**Southeastern Freight Lines**
**P.O. Box 100104**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **ThermoPro, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,125.40**

**Stephen Gould Corporation**
**5 Giralda Farms**
**Madison, NJ 07940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Tammy Shearer**
**1600 Cross Pointe Way,**
**Suite D**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,271.11**

**TForce Worldwide Inc.**
**PO Box 7410328**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$144.60**

**Thermwood**
**904 Buffaloville Rd**
**Dale, IN 47523**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,834.98**

**Thomco**
**1100 Northbrook Pkwy**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$458.59**

**Trinity Packaging Supply**
**PO Box 22600**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,871.00**

**Uncapped Solutions LLC**
**8 The Green**
**STE B**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,633.79**

**VERITIV OPERATING COMPANY**
**P.O. BOX 57006**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **ThermoPro, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$839.36** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**VISA U.S.A. INC.**
**ATTN: Corporation Service Company,**
**Registered Agent**
**2 Sun Court**
**Suite 400**
**Peachtree Corners, GA 30092**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _1626_

Basis for the claim: _Credit card purchases_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**Washers USA**
**P.O. Box 1333**
**Black Mountain, NC 28711**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,407.21** |
|---|---|---|---|

**Waste Connections of Georgia**
**25 North Drive**
**Acworth, GA 30102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 652,422.91 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 652,422.91 |

**Fill in this information to identify the case:**

Debtor name    **ThermoPro, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease** | |
| | State the term remaining | **21 months** | **Document Strategies Inc.** |
| | List the contract number of any government contract | | **1235 Old Alpharetta Road Ste. 110 Alpharetta, GA 30005** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Postage Meter** | |
| | State the term remaining | **4 years, 6 months** | **Pitney Bowes** |
| | List the contract number of any government contract | | **PO Box 981022 Boston, MA 02298** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for   Office Space located at: 1600 Cross Pointe Way Suite D Duluth, GA 30097** | |
| | State the term remaining | **2 years, 4 months** | **TEACHERS INSURANCE & ANNUITY ASSOC. of A Attn: Corporation Service Company, Registered Agent 2 Sun Court, Suite 400** |
| | List the contract number of any government contract | | **Peachtree Corners, GA 30092** |

**Fill in this information to identify the case:**

Debtor name    **ThermoPro, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Street / City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street / City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street / City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street / City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name      **ThermoPro, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From **01/01/2024** to **12/31/2024** | ☒ Operating a business<br><br>☐ Other | **$2,256,685.00** |
| **For year before that:**<br>From **01/01/2023** to **12/31/2023** | ☒ Operating a business<br><br>☐ Other | **$2,571,052.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **ThermoPro, Inc.**                                                        Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **CitiBank**<br>**ATTN: Sunil Garg, CEO**<br>**388 Greenwich Street**<br>**New York, NY 10013** | 12/11/202412/18/20241/29/20252/10/202 52/11/202512/20/202412/20/202412/23/20241/22/20251/24/20252/3/20252/3/20252/14/20252/18/2025 | $28,000.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **ECI Software Solutions**<br>**CORPORATION SERVICE COMPANY**<br>**1160 DUBLIN ROAD, SUITE 400**<br>**Columbus, OH 43215** | 1/28/202512/30/2024 | $4,764.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.3. **FFVA MUTUAL INSURANCE COMPANY**<br>**ATTN: Cogency Global Inc.**<br>**900 Old Roswell Lakes Parkway, Suite 310**<br>**Roswell, GA 30076** | 12/29/20241/27/202512/9/2024 | $4,768.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.4. **GAS SOUTH, LLC**<br>**ATTEN: Jamie Tiernan**<br>**788 Circle 75 Parkway SE, Suite 800**<br>**Atlanta, GA 30339** | 12/23/20241/22/2025 | $4,815.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.5. **Gibson Corrugated LLC**<br>**ATTEN: CHARLES DALE GIBSON**<br>**3060 EASON BLVD**<br>**Tupelo, MS 38801** | 2/12/2025 | $19,837.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **JACKSON ELECTRIC MEMBERSHIP CORPORATION**<br>**ATTEN: Ernest A. Jakins, III**<br>**850 Commerce Road**<br>**Jefferson, GA 30549** | 12/30/20241/22/2025 | $6,768.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **ThermoPro, Inc.**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7.  **MAISON CAPITAL GROUP FL LLC**<br>**ATTEN: OELBAUM, MOSES**<br>**4601 SHERIDAN STREET**<br>**SUITE 320**<br>**Hollywood, FL 33021** | **1/15/20251/2 9/202512/2/2 0241/30/2025 12/3/20241/3 1/202512/4/2 0242/3/20251 2/5/20242/4/2 02512/6/2024 2/5/202512/9/ 20242/6/2025 12/10/20242/ 7/202512/11/ 20242/10/202 512/12/20242 /11/202512/1 3/20241/16/2 02512/16/202 412/17/20241 2/18/202412/ 19/202412/20 /202412/23/2 0241/24/202 412/26/20241 2/27/202412/ 30/20241/17/ 202512/31/20 241/2/20251/ 3/20251/21/2 0251/22/2025 1/23/20251/2 4/20251/27/2 0251/28/2025 2/12/20252/1 3/20252/14/2 0252/18/2025** | $68,954.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.  **VENSURE EMPLOYER SERVICES, INC.**<br>**ATTEN: Cogency Global Inc**<br>**300 W. Clarendon Ave., Suite 240**<br>**Phoenix, AZ 85013** | **12/6/202412/ 20/20241/3/2 0251/17/2025 1/31/20252/1 4/2025** | $144,471.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other__**Employee Payroll**__ |
| 3.9.  **PARAFIN, INC.**<br>**ATTEN: 1505 Corporation**<br>**INCORPORATING SERVICES, LTD.**<br>**301 HOWARD STREET**<br>**SUITE 1500**<br>**San Francisco, CA 94105** | **1/22/20251/2 8/20252/11/2 02512/17/202 412/24/20241 2/31/20241/1 3/20251/14/2 025** | $4,288.96 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 .  **THE PIEDMONT BANK**<br>**ATTEN: Watson, Monty G**<br>**5100 Peachtree Parkway**<br>**Peachtree Corners, GA 30092** | **2/5/20251/10/ 202512/5/202 4** | $27,471.44 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other__**SBA Loan**__ |

Debtor    **ThermoPro, Inc.**                                                    Case number (if known) _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.11. | **PIEDMONT PLASTICS, INC.**<br>**ATTEN: C T CORPORATION SYSTEM**<br>**289 S Culver St**<br>**Lawrenceville, GA 30046** | 2/13/20252/5/<br>202512/9/202<br>4 | $31,441.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. | **REVENUED LLC**<br>**ATTEN: CORPORATION SERVICE**<br>**COMPANY**<br>**1201 HAYS STREET**<br><br>**Tallahassee, FL 32301** | 1/31/202512/<br>13/20241/17/<br>202512/27/20<br>242/7/202512<br>/6/202412/20/<br>20241/24/202<br>52/14/20251/<br>3/20251/10/2<br>025 | $55,274.42 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | **Savant CTS**<br>**301 Heritage Walk**<br>**Woodstock, GA 30188** | 12/10/20241/<br>31/2025 | $16,593.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.14. | **SBFS**<br>**4500 East West Hwy, 6th Floor**<br>**Bethesda, MD 20814** | 12/2/202412/<br>9/202412/16/<br>202412/23/20<br>2412/30/2024<br>1/27/20252/3/<br>20252/10/202<br>52/18/2025 | $42,528.85 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. | **SELECTIVE INSURANCE COMPANY**<br>**OF AMERICA**<br>**ATTEN: CSC of Stephens County, Inc.**<br>**597 Big A Road**<br>**Toccoa, GA 30577** | 12/31/20241/<br>27/2025 | $6,048.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.16. | **Unique Funding Solutions LLC**<br>**ATTEN: MANELA, DAVID**<br>**1915 HOLLYWOOD BLVD SUITE 200A**<br>**Hollywood, FL 33020** | 1/15/20251/2<br>2/20251/29/2<br>0252/5/20252<br>/12/202512/4/<br>202412/11/20<br>2412/18/2024<br>12/26/20241/<br>2/2025 | $45,000.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount
may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Gregory Weigle**<br>**2292 Elder Mill Rd**<br>**Watkinsville, GA 30677**<br>**Owner/CEO** | 2/18/2025<br>1/21/2025<br>12/23/2024 | $8,573.08 | **Repayment of Business Loan** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | ThermoPro, Inc. | Case number *(if known)* | |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<h2 style="background:black;color:white;padding:2px">Part 3:    Legal Actions or Assignments</h2>

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

<h2 style="background:black;color:white;padding:2px">Part 4:    Certain Gifts and Charitable Contributions</h2>

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<h2 style="background:black;color:white;padding:2px">Part 5:    Certain Losses</h2>

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

<h2 style="background:black;color:white;padding:2px">Part 6:    Certain Payments or Transfers</h2>

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before filing this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **ThermoPro, Inc.** _____  Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Thompson, O'Brien, Kappler & Nasuti, P.C 2 Sun Court, Suite 400 Peachtree Corners, GA 30092** | **Retainer for Bankruptcy Representation** | **April 1, 2025** | **$12,287.50** |
| | Email or website address **mpugh@tokn.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Thompson, O'Brien, Kappler & Nasuti, P.C 2 Sun Court, Suite 400 Peachtree Corners, GA 30092** | **Pre-Petition Attorney Fees** | **April 1, 2025** | **$10,974.50** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:  Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

Debtor    **ThermoPro, Inc.**                                                                Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Thermopro, Inc.Profit Sharing Plan & Trust** | EIN:   **58-2003230** |

Has the plan been terminated?
☒ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor  **ThermoPro, Inc.**                                      Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Customers**<br>**GA** | **1600 Cross Pointe Way**<br>**Duluth, GA 30097** | **Customer Product Molds** | **$0.00** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Gregory Weigle**<br>**1600 Cross Pointe Way,**<br>**Suite D**<br>**Duluth, GA 30097** | **Ongoing** |

| Debtor | **ThermoPro, Inc.** | Case number *(if known)* | |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.2. | **Tammy Shearer** **1600 Cross Pointe Way,** **Suite D** **Duluth, GA 30097** | **Ongoing** |
| 26a.3. | **Gloria Bell** **1600 Cross Pointe Way,** **Suite D** **Duluth, GA 30097** | **Ongoing** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Gregory Weigle** **1600 Cross Pointe Way** **Duluth, GA 30097** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **The Piedmont Bank** **5100 Peachtree Parkway** **Peachtree Corners , GA 30092** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Gregory Weigle** | **October 2023** | **$559,534** |
| | Name and address of the person who has possession of inventory records | | |
| | **Gregory Weigle** **1600 Cross Pointe Way,** **Suite D** **Duluth, GA 30097** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gregory Weigle** | **2292 Elder Mill Rd** **Watkinsville, GA 30677** | **Owner** | **83** |

Debtor    **ThermoPro, Inc.**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Tammy Shearer | **1600 Cross Pointe Way, Suite D Duluth, GA 30097** | Owner | 17 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Gregory Weigle 2292 Elder Mill Rd Watkinsville, GA 30677** | **$17,719.24** | **2/18/2025, 1/21/2025, 12/23/2024** | **Repayment of Loan** |
| | **Relationship to debtor Owner/CEO** | | | |
| 30.2. | **Gregory Weigle 2292 Elder Mill Rd Watkinsville, GA 30677** | **$24,000** | **03/2024-03/20 25** | **Salary** |
| | **Relationship to debtor CEO** | | | |
| 30.3. | **Tammy Shearer 1600 Cross Pointe Way, Suite D Duluth, GA 30097** | **$6,699.94** | **03/2024 - 03/2025** | **Salary** |
| | **Relationship to debtor Co-Owner** | | | |
| 30.4. | **Donna Weigle 2292 Elder Mill Rd Watkinsville, GA 30677** | **$1,538.48** | **4/1/2024 - 12/31/24** | **Services Rendered as an Employee** |
| | **Relationship to debtor CEO's Spouse** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|
| **Weigle Holding Inc.** | **EIN:    82-1533997** |

Debtor   **ThermoPro, Inc.**                                                    Case number *(if known)* _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April 1, 2025**

**/s/   Gregory Weigle**                                        **Gregory Weigle**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re   __ThermoPro, Inc.__
                                                    Case No.
                              Debtor(s)              Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Weigle Holdings, Inc. 401k Plan**<br>**2292 Elder Mill Rd**<br>**Watkinsville, GA 30677** | **Common** | **666666** | **Voting** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __April 1, 2025__                Signature   __/s/  Gregory Weigle__
                                                       __Gregory Weigle__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re   **ThermoPro, Inc.**                                                          Case No.
                                                  Debtor(s)          Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation
     paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on
     behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐  <u>**FLAT FEE**</u>

     For legal services, I have agreed to accept ........................................................   $   _____

     Prior to the filing of this statement I have received ........................................   $   _____

     Balance Due ......................................................................................................   $   _____

   ☒  <u>**RETAINER**</u>

     For legal services, I have agreed to accept and received a retainer of...........................   $   _____**12,287.50**_

     The undersigned shall bill against the retainer at an hourly rate of................................   $   _____**465.00**_
     [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
     fees and expenses exceeding the amount of the retainer.

2.   $__**1,738.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☒  Debtor           ☐  Other (specify):

4.   The source of compensation to be paid to me is:

     ☒  Debtor           ☐  Other (specify):

5.   ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy
        of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **ThermoPro, Inc.** _____      Case No. _____
                            Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 1, 2025** _____      **/s/ Michael Pugh** _____
*Date*                                    **Michael Pugh 150170 Esq.**
                                          *Signature of Attorney*
                                          **Thompson, O'Brien, Kappler & Nasuti, P.C.**
                                          **2 Sun Court, Suite 400**
                                          **Peachtree Corners, GA 30092**
                                          **(770) 925-0111   Fax:**
                                          **mpugh@tokn.com**
                                          *Name of law firm*

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re   **ThermoPro, Inc.**           Case No.

                    Debtor(s)     Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 1, 2025**                 **/s/ Gregory Weigle**

                                    **Gregory Weigle**/**CEO**

                                    Signer/Title

AAA Cooper
P.O. Box 935003
Atlanta, GA 31193

ADCO Plastics
1256 Sandtown Road
Marietta, GA 30008

Aflac
PO Box 673025
Dallas, TX 75267

All Service Delivery
6160 Purdue Drive SW
Atlanta, GA 30336

Amstat Industries
1192 Heather Drive
Lake Zurich, IL 60047

AT&T
PO BOX 105251
Atlanta, GA 30348

Atlanta Digital Marketing Grp.
3221 Lynwood Dr. NE
Atlanta, GA 30319

Atlanta Fire Extinguisher
P.O. Box 7830
Atlanta, GA 30357

Atlanta Metal Coating
3929 Oakcliff Industrial Ct
Atlanta, GA 30340

Borke Mold Specialist
9541 GLADES DRIVE
Hamilton, OH 45011

Capital City
4955 Avalon Ridge Pkwy, Ste 100
Norcross, GA 30071

Carolina Custom Finishing
2115 N. Fayetteville Street
Asheboro, NC 27203

Castek Aluminum Inc.
527 Ternes Ave.
Elyria, OH 44035

Champion Plastics
220 Clifton BLVD
Clifton, NJ 07011

```
CitiBank
ATTN: Sunil Garg, CEO
388 Greenwich Street
New York, NY 10013


Curbell Plastics Inc
14746 Collections Center Drive
Chicago, IL 60693


Document Strategies Inc.
1235 Old Alpharetta Road
Ste. 110
Alpharetta, GA 30005


East West Manufacturing
4170 Ashford Dunwoody Rd Suite 560
Atlanta, GA 30319


ECI Software Solutions
CORPORATION SERVICE COMPANY
1160 DUBLIN ROAD, SUITE 400
Columbus, OH 43215


Ehrlich Pest Control
PO Box 13848
Reading, PA 19612


Fed Ex
P.O. Box 660481
Dallas, TX 75266


FedEx Freight
DEPT CH PO BOX 10306
Palatine, IL 60055


Fusion Cloud Services LLC
PO Box 31001-4169
Pasadena, CA 91110


Futurex
P. O. 158
Bloomingdale, IN 47832


GA Radioactive Materials Program
4244 internatial Pkwy Suite 120
Atlanta, GA 30354


Gas South
PO Box 530552
Atlanta, GA 30353


GAS SOUTH, LLC
ATTEN: Jamie Tiernan
788 Circle 75 Parkway SE, Suite 800
Atlanta, GA 30339
```

Gibson Corrugated LLC
ATTEN: CHARLES DALE GIBSON
3060 EASON BLVD
Tupelo, MS 38801


Grainger Inc.
Dept. 844407940
Palatine, IL 60038


Gregory Weigle
2292 Elder Mill Rd
Watkinsville, GA 30677


Gwinnett County Tax Commissioner
75 Langley Drive
Lawrenceville, GA 30046


HOME DEPOT CREDIT SERVICES
P O Box 9001043
Louisville, KY 40290


Jackson EMC
P.O. BOX 100
Jefferson, GA 30549


Just Pallets and Crates
1400 Veterans Memorial Hwy Ste 134
Mableton, GA 30126


KMT Systems / Mid South Securi
1732 SANDS PLACE
Marietta, GA 30067


Laird Plastics
8110 Troon Circle Suite 100
Austell, GA 30168


Maison Capital Group, Inc.
4601 Sheridan Street
Suite 320
Hollywood , FL 33021


MCMaster Carr Supply
P O BOX 7690
Chicago, IL 60680


MLC CAD Systems Inc
4625 W William Cannon Dr Bldg 5
Austin, TX 78749


MSC Industrial Supply
PO Box 953635
Saint Louis, MO 63195

Pacifictech
22695 Old Canal Road
Yorba Linda, CA 92887


PARAFIN, INC.
ATTEN: 1505 Corporation INCORPORATING SE
301 HOWARD STREET SUITE 1500
San Francisco, CA 94105


Peachtree Packaging & Display
770 Marathon Pkwy
Lawrenceville, GA 30046


Pitney Bowes
PO Box 981022
Boston, MA 02298


Pitney Bowes Global Fin. Serv.
PO Box 371887
Pittsburgh, PA 15250


Primex Plastics
PO Box 854527
Minneapolis, MN 55485


Purchase Power
PO Box 981026
Boston, MA 02298


QIMA (US)
352 Sonwil Dr
Buffalo, NY 14225


Quench USA Inc.
630 Allendale Rd Suite 200
King of Prussia, PA 19406


Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814


REA UPO V Consolidate Collections
PO Box 843645
Dallas, TX 75284


RETIREMENT PLAN ADMINISTRATORS, LLC
ATTEN: Michael Zahariades
780 Johnson Ferry Road, Suite 375
Atlanta, GA 30342


REVENUED LLC
ATTEN: CORPORATION SERVICE COMPANY
1201 HAYS STREET
Tallahassee, FL 32301

Rowmark
PO Box 92933
Cleveland, OH 44194


Savant CTS
301 Heritage Walk
Woodstock, GA 30188


SBA
4600 Sheridan Street
Hollywood, FL 33021


Sekisui Kydex
6685 Low Street
Bloomsburg, PA 17815


Simona Boltaron
1 General Street
Newcomerstown, OH 43832


Simona PMC
PO BOX 1123
Findlay, OH 45839


Southeastern Freight Lines
P.O. Box 100104
Columbia, SC 29202


Stephen Gould Corporation
5 Giralda Farms
Madison, NJ 07940


Tammy Shearer
1600 Cross Pointe Way,
Suite D
Duluth, GA 30097


TEACHERS INSURANCE & ANNUITY ASSOC. of A
Attn: Corporation Service Company, Regis
2 Sun Court, Suite 400
Peachtree Corners, GA 30092


TForce Worldwide Inc.
PO Box 7410328
Chicago, IL 60674


The Piedmont Bank
5100 Peachtree Parkway
Peachtree Corners , GA 30092


Thermwood
904 Buffaloville Rd
Dale, IN 47523

```
Thomco
1100 Northbrook Pkwy
Suwanee, GA 30024


Trinity Packaging Supply
PO Box 22600
New York, NY 10087


Uncapped Solutions LLC
8 The Green
STE B
Dover, DE 19901


Unique Funding Solutions
4600 Sheridan Street
Suite 301A


VERITIV OPERATING COMPANY
P.O. BOX 57006
Los Angeles, CA 90074


Verizon Wireless
PO Box 660108
Dallas, TX 75266


VISA U.S.A. INC.
ATTN: Corporation Service Company, Regis
2 Sun Court Suite 400
Peachtree Corners, GA 30092


Washers USA
P.O. Box 1333
Black Mountain, NC 28711


Waste Connections of Georgia
25 North Drive
Acworth, GA 30102
```

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re   **ThermoPro, Inc.** _____     Case No. _____
                                          Debtor(s)                      Chapter    **11** _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **ThermoPro, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


☒ None [_Check if applicable_]


**April 1, 2025** _____        **/s/ Michael Pugh** _____
Date                                               **Michael Pugh 150170 Esq.**
                                                   Signature of Attorney or Litigant
                                                   Counsel for   **ThermoPro, Inc.**
                                                   **Thompson, O'Brien, Kappler & Nasuti, P.C.**
                                                   **2 Sun Court, Suite 400**
                                                   **Peachtree Corners, GA 30092**
                                                   **(770) 925-0111  Fax:**
                                                   **mpugh@tokn.com**