**Fill in this information to identify the case:**

Debtor Name __Thermopro, Inc.__

United States Bankruptcy Court for the: Northern District of Georgia

Case number: __25-53612__

☐ Check if this is an amended filing

---

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11
12/17

Month: __April 2025__

Date report filed: __05/21/2025__
MM / DD / YYYY

Line of business: __Plastics Manufacturing__

NAISC code: __3261__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Gregory T Weigle

Original signature of responsible party _(signature)_

Printed name of responsible party Gregory T Weigle

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Thermopro, Inc.

Case number  25-53612

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $  15,471.71

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $  130,831.92

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   $  124,723.81

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.   + $  6,108.11

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.   = $  21,579.82

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $  19,648.54

    *(Exhibit E)*

Debtor Name  Thermopro, Inc.

Case number  25-53612

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**
    *(Exhibit F)*                                                             $ 126,485.25

---

### 5. Employees

26. What was the number of employees when the case was filed?                    12

27. What is the number of employees as of the date of this monthly report?       11

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00

30. How much have you paid this month in other professional fees?                                          $ 0.00

31. How much have you paid in total other professional fees since filing the case?                         $ 0.00

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | *Projected* | — | *Actual* | = | *Difference* |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 143,750.00 | — | $ 130,831.92 | = | $ 12,918.08 |
| 33. **Cash disbursements** | $ 101,550.00 | — | $ 124,723.81 | = | $ -23,173.81 |
| 34. **Net cash flow** | $ 42,200.00 | — | $ 6,108.11 | = | $ 36,091.89 |

35. Total projected cash receipts for the next month:                 $ 150,000.00

36. Total projected cash disbursements for the next month:          - $ 107,550.00

37. Total projected net cash flow for the next month:               = $ 42,450.00

---

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**          page **3**

Debtor Name  Thermopro, Inc.                                    Case number  25-53612

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Thermopro Inc.
Income Statement
For April 2025

| | | |
|---|---:|---|
| Custom Sales | 25,709.54 | |
| Proprietary Sales | 98,363.07 | |
| Recreation Sales | 4,065.48 | |
| Customer Freight | 6,230.71 | |
| **Total Revenue** | **134,368.80** | |
| | | |
| Cost of Products | 32,756.00 | |
| Thermoforming Wages | 4,666.58 | |
| Bonding and Packaging Wages | 7,730.16 | |
| Warehouse and Shipping Wages | 11,248.00 | |
| Total COGS | 56,400.74 | |
| | | |
| Gross Margin | 77,968.06 | 58.0% |
| | | |
| Sales & Marketing Wages & Expenses | 9,502.52 | |
| General & Adminstrative Wages & Expenses | 33,891.23 | |
| | | |
| Total Overhead Expenses | 43,393.75 | |
| | | |
| Net Profit | 34,574.31 | |

Thermopro Inc.
Budget to Actual Comparison
For April 2025

| | Actual | Budget | | Difference | |
|---|---|---|---|---|---|
| Revenue | 134,369 | 125,000 | | 9,369 | Includes customer freight |
| | | | | | |
| Expenses: | | | | | |
| Payroll and Benefits | 52,984 | 46,500 | | 6,484 | |
| Product Expense | 32,756 | 31,250 | | 1,506 | |
| Sales, Marketing, G&A | 14,054 | 12,000 | | 2,054 | |
| Lease Expense | - | - | | - | |
| Moving Expense | - | - | | - | |
| United Bank Adequate Protection | - | 1,800 | - | 1,800 | will be paid in May |
| Retirement Plan Administrators | - | 10,000 | - | 10,000 | will be paid in May |
| | | | | | |
| Total Expenses | 99,794 | 101,550 | - | 1,756 | |
| | | | | | |
| Net Profit | 34,574 | 23,450 | | 11,124 | |

EXHIBIT
**C**

Thermpro, Inc.
Cash Disbursements
For April 2025

**Cash Receipts:**

| Date | | Description | | Amount |
|------|---|-------------|---|-------:|
| 4/1/2025 | UB | AR Payments - Check deposit | $ | 9,614.27 |
| 4/2/2025 | UB | Amazon Deposit | $ | 331.49 |
| 4/2/2025 | UB | AR Payments - Check deposit | $ | 3,380.17 |
| 4/3/2025 | UB | Merchant Processing Deposit | $ | 149.41 |
| 4/4/2025 | WF | AR Payments - Check deposit | $ | 5,591.14 |
| 4/4/2025 | WF | Check Deposit - transfer from Piedmont Bank Prepetition account | $ | 6,282.57 |
| 4/7/2025 | WF | ETSY, INC. - deposit | $ | 0.01 |
| 4/7/2025 | UB | CNAAdvert - AR Deposit | $ | 52.00 |
| 4/7/2025 | UB | SCHOOL SPECIALTY - AR Deposit | $ | 124.99 |
| 4/7/2025 | UB | HALO Branded - AR Deposit | $ | 238.51 |
| 4/7/2025 | UB | S S WORLDWIDE - AR Deposit | $ | 251.76 |
| 4/7/2025 | UB | Boundless - AR Deposit | $ | 314.21 |
| 4/7/2025 | UB | 4IMPRINT - AR Deposit | $ | 481.40 |
| 4/7/2025 | UB | Lemonade Creative - AR Deposit | $ | 964.46 |
| 4/7/2025 | UB | 4IMPRINT - AR Deposit | $ | 1,418.06 |
| 4/7/2025 | UB | Sign Zone - AR Deposit | $ | 8,176.00 |
| 4/8/2025 | WF | PrizeWheel com - Website payment | $ | 528.35 |
| 4/9/2025 | WF | AR Payments - Check deposit | $ | 2,574.22 |
| 4/9/2025 | WF | HALO Branded - AR Deposit | $ | 0.01 |
| 4/11/2025 | WF | AR Payments - Check deposit | $ | 2,114.83 |
| 4/11/2025 | WF | Check Deposit - transfer from Piedmont Bank Prepetition account | $ | 5,384.82 |
| 4/11/2025 | WF | Safco - AR Deposit | $ | 5,524.35 |
| 4/11/2025 | WF | SCHOOL SPECIALTY - AR Deposit | $ | 674.45 |
| 4/14/2025 | WF | Ansira Partners - AR Deposit | $ | 9,168.91 |
| 4/15/2025 | WF | AR Payments - Check deposit | $ | 7,553.96 |
| 4/15/2025 | WF | AR Payments - Check deposit | $ | 290.18 |
| 4/15/2025 | WF | AR Payments - Check deposit | $ | 222.89 |
| 4/15/2025 | WF | ETSY, INC. - deposit | $ | 113.37 |



| Date | | Description | | Amount |
|------|---|-------------|---|-------:|
| 4/16/2025 | WF | AR Payments - Check deposit | $ | 1,653.31 |
| 4/17/2025 | WF | HARRIS TECH INC - AR Deposit | $ | 532.08 |
| 4/17/2025 | WF | MICROMERITICS - AR Deposit | $ | 16,198.40 |
| 4/17/2025 | WF | Yamaha Motor - AR Deposit | $ | 2,827.50 |
| 4/17/2025 | UB | Boundless - AR Deposit | $ | 314.21 |
| 4/18/2025 | WF | 4IMPRINT - AR Deposit | $ | 1,227.58 |
| 4/18/2025 | WF | SCHOOL SPECIALTY - AR Deposit | $ | 124.99 |
| 4/18/2025 | UB | S S WORLDWIDE - AR Deposit | $ | 618.90 |
| 4/22/2025 | WF | AR Payments - Check deposit | $ | 6,121.85 |
| 4/23/2025 | WF | Merchant Processing Deposit | $ | 7,279.46 |
| 4/23/2025 | WF | Merchant Processing Deposit | $ | 2,335.39 |
| 4/23/2025 | UB | Walmart - Marketplace payment | $ | 152.99 |
| 4/23/2025 | UB | Lemonade Creative - AR Deposit | $ | 964.46 |
| 4/24/2025 | WF | Amazon Deposit | $ | 0.01 |
| 4/24/2025 | WF | Merchant Processing Deposit | $ | 438.58 |
| 4/24/2025 | WF | MERCURY PROMO - AR Deposit | $ | 265.95 |
| 4/25/2025 | WF | 4IMPRINT - AR Deposit | $ | 2,329.77 |
| 4/25/2025 | WF | 4IMPRINT - AR Deposit | $ | 1,706.88 |
| 4/25/2025 | WF | Merchant Processing Deposit | $ | 768.67 |
| 4/25/2025 | WF | S S WORLDWIDE - AR Deposit | $ | 595.38 |
| 4/25/2025 | WF | SCHOOL SPECIALTY - AR Deposit | $ | 124.99 |
| 4/28/2025 | WF | AR Payments - Check deposit | $ | 7,048.01 |
| 4/28/2025 | WF | CNAAdvert - AR Deposit | $ | 495.59 |
| 4/28/2025 | WF | Merchant Processing Deposit | $ | 877.16 |
| 4/30/2025 | WF | Amazon Deposit | $ | 2,075.61 |
| 4/30/2025 | WF | Bank Interest | $ | 0.13 |
| 4/30/2025 | WF | CNAAdvert - AR Deposit | $ | 424.66 |
| 4/30/2025 | WF | CNAAdvert - AR Deposit | $ | 372.66 |
| 4/30/2025 | WF | Merchant Processing Deposit | $ | 1,435.96 |
| | | | **$** | **130,831.92** |

EXHIBIT C



**Cash Disbursements:**

| Date | | Description | Amount |
|---|---|---|---|
| 4/1/2025 | UB | Citi credit card payment | $ (3,500.00) |
| 4/1/2025 | UB | Comenity Visa - credit card payment | $ (2,500.00) |
| 4/1/2025 | UB | AMERICAN FUNDS INVESTMENT - 401k payroll withholdings | $ (1,654.58) |
| 4/1/2025 | UB | ServisFirst Bank  - credit card payment | $ (1,153.00) |
| 4/1/2025 | UB | Unique - Cash advance payment | $ (900.00) |
| 4/1/2025 | UB | Revenued - cash advance payment | $ (847.21) |
| 4/1/2025 | UB | Merchant Fees | $ (771.82) |
| 4/1/2025 | UB | Maison Capital - cash advance payment | $ (749.50) |
| 4/1/2025 | UB | Maison Capital - cash advance payment | $ (749.50) |
| 4/1/2025 | UB | Parafin Capital  - cash advance payment | $ (695.82) |
| 4/2/2025 | UB | Savant - IT Services payment | $ (7,977.35) |
| 4/2/2025 | UB | Citi credit card payment | $ (1,900.00) |
| 4/2/2025 | UB | AMERICAN FUNDS INVESTMENT - 401k payroll withholdings | $ (1,587.08) |
| 4/2/2025 | UB | Maison Capital - cash advance payment | $ (749.50) |
| 4/2/2025 | UB | Maison Capital - cash advance payment | $ (749.50) |
| 4/2/2025 | UB | Revenued - cash advance payment | $ (732.21) |
| 4/2/2025 | UB | Uncapped - Line of Credit payment | $ (638.52) |
| 4/2/2025 | UB | AT&T - Internet Payment | $ (189.99) |
| 4/2/2025 | UB | United Healthcare - GW Insurance premium | $ (148.30) |
| 4/2/2025 | UB | United Healthcare - GW Insurance premium | $ (131.42) |
| 4/3/2025 | UB | Kim S Cleaning - janitoral cleaning payment | $ (400.00) |
| 4/4/2025 | UB | Cashier's check to transfer to new Wells Fargo account | $ (6,282.57) |
| 4/7/2025 | WF | PIEDMONT PLASTICS, INC. - materials payments | $ (5,030.47) |
| 4/7/2025 | UB | Bank Fee - Overdraft | $ (36.00) |
| 4/7/2025 | UB | Bank Fee - Overdraft | $ (36.00) |
| 4/7/2025 | UB | Bank Fee - Overdraft | $ (36.00) |
| 4/7/2025 | UB | Bank Fee - Overdraft | $ (36.00) |
| 4/8/2025 | WF | Citi credit card payment | $ (300.00) |
| 4/11/2025 | UB | Cashier's check to transfer to new Wells Fargo account | $ (5,384.82) |
| 4/14/2025 | WF | Vensure - Payroll accoutn verification | $ (0.44) |
| 4/14/2025 | WF | Vensure - Payroll payment | $ (18,626.21) |
| 4/15/2025 | WF | PIEDMONT PLASTICS, INC. - materials payment | $ (541.33) |



| 4/15/2025 | WF | Citi credit card payment | $ | (1,500.00) |
| 4/15/2025 | WF | Peachtree Packaging - materials payment | $ | (3,680.00) |
| 4/16/2025 | WF | Waste Management - trash | $ | (105.31) |
| 4/16/2025 | WF | Capital Group WEB PYMNT XXXXX1437 PSW1TVXJ THERMOPRO INC | $ | (158.06) |
| 4/16/2025 | WF | Citi credit card payment | $ | (500.00) |
| 4/16/2025 | WF | Jackson Electric - utilities payment | $ | (3,853.44) |
| 4/17/2025 | WF | Citi credit card payment | $ | (500.00) |
| 4/17/2025 | WF | Citi credit card payment | $ | (600.00) |
| 4/17/2025 | UB | Bank Fee - Overdraft | $ | (36.00) |
| 4/18/2025 | WF | Citi credit card payment | $ | (500.00) |
| 4/18/2025 | UB | UPSBILLCTR - freight payment | $ | (42.57) |
| 4/21/2025 | WF | UPSBILLCTR - freight payment | $ | (666.61) |
| 4/21/2025 | WF | AMERICAN FUNDS INVESTMENT - 401k payroll withholdings | $ | (1,446.89) |
| 4/21/2025 | UB | Uncapped - Line of Credit payment | $ | (638.52) |
| 4/21/2025 | UB | Medicare - GW Insurance premium | $ | (185.00) |
| 4/22/2025 | WF | Citi credit card payment | $ | (500.00) |
| 4/22/2025 | UB | Bank Fee - Overdraft | $ | (36.00) |
| 4/23/2025 | WF | ATLANTA DIGITAL MARKETING GRP. - marketing | $ | (1,000.00) |
| 4/23/2025 | WF | PIEDMONT PLASTICS, INC. - materials payment | $ | (4,095.00) |
| 4/24/2025 | WF | Citi credit card payment | $ | (1,000.00) |
| 4/24/2025 | WF | SELECTIVE INS SELECTIVE - insurance payment | $ | (3,024.00) |
| 4/24/2025 | WF | Vensure - Payroll payment | $ | (18,405.32) |
| 4/25/2025 | WF | FFVA MUTUAL PREMIUM - Insurance Payment | $ | (927.00) |
| 4/25/2025 | WF | Citi credit card payment | $ | (1,000.00) |
| 4/25/2025 | WF | Peachtree Packaging - materials payment | $ | (1,872.00) |
| 4/25/2025 | WF | PIEDMONT PLASTICS, INC. - materials payment | $ | (3,383.94) |
| 4/28/2025 | WF | PIEDMONT PLASTICS, INC. - materials payment | $ | (3,452.50) |
| 4/29/2025 | WF | Xero - Accounting Sofware payment | $ | (4.70) |
| 4/29/2025 | WF | Federal Express Freight | $ | (244.62) |
| 4/29/2025 | WF | Citi credit card payment | $ | (1,000.00) |
| 4/29/2025 | WF | Thomco Specialty Products - materials payment | $ | (1,104.05) |
| 4/29/2025 | WF | UPSBILLCTR - freight payment | $ | (3,227.14) |
| 4/30/2025 | WF | Citi credit card payment | $ | (1,000.00) |



**Total Cash Disbursements** | **$ (124,723.81)**

**Net Cash Gain** | $ 6,108.11

Unpaid Obligations    See attached detail | $ 19,648.54
Unpaid Receivables    See attached detail | $ 126,485.25

**Citicard payments were done to free up space to purchase materials and supplies.



| Code | Name | April |
|------|------|-------|
| ADVERTI-1073 | Advertising Specialty | $   540.86 |
| FED EX-1101 | Fed Ex | $  1,153.25 |
| GIBSON | Gibson Corrugated | $  2,789.34 |
| JACKSON-1128 | Jackson EMC | $ 10,756.00 |
| PIEDMON-1001 | Piedmont Plastics | $  1,466.30 |
| PITNEY BOWES | Pitney Bowes Global Fin. Serv. | $   285.78 |
| PURCHASE | Purchase Power | $   296.03 |
| QUENCH-1103 | Quench USA Inc. | $   164.90 |
| SAVANT | Savant CTS | $  2,196.08 |
| Totals: | | **$ 19,648.54** |



EXHIBIT

F

| Code | Customer | April |
|------|----------|-------|
| 4 IMPRI-1008 | 4 Imprint | $ 13,824.66 |
| AIM CAPITAL | AIM Capital Solutions (ACS) | $ 226.51 |
| AIRFLOTEK | Airflotek, Inc. | $ 6,765.84 |
| AMAZON-1087 | Amazon | $ 21,587.42 |
| AMERICA-1100 | American Solutions for Busines | $ 167.68 |
| CLAYTON KEND | Clayton Kendall Inc | $ 127.39 |
| EPROMOS | EPromos | $ 148.39 |
| FLAGHOU-1459 | SCHOOL SPECIALTY (SSIFORMS) | $ 1,074.17 |
| GEORGE-1499 | D2G Group | $ 31,212.55 |
| KB COMP-1684 | KB Company | $ 40.16 |
| LINDE M-1724 | KION North America Corp | $ 1,259.06 |
| MARCO | Marco | $ 374.97 |
| MARKETING HO | Marketing Holders LLC | $ 4,744.71 |
| MARKETP-1773 | Marketpro, Inc. | $ 2,106.72 |
| MERIT MEDICA | Merit Medical Systems Inc | $ 4,100.00 |
| PEACHTREE BU | HD Supply Facilities Maintenan | $ 410.86 |
| PIEDMON-1913 | Piedmont Graphics Inc./Source4 | $ 900.18 |
| PROFORMAPRIN | Proforma Print Marketing | $ 360.36 |
| PROMOTION ST | Promotion Store | $ 349.26 |
| PSA WORLDWID | PSA Worldwide, LLC | $ 7,038.78 |
| RADICAL GAMI | Radical Gaming Solutions, LLC | $ 14,014.95 |
| RANGE SERV | Range Servant America, Inc. | $ 3,066.97 |
| REESE E-2056 | Reese Enterprises | $ 189.68 |
| S & S WORLDW | S & S Worldwide Inc | $ 1,161.19 |
| SHOWDOW-2109 | Showdown Displays/Sign-Zone | $ 8,452.00 |
| SIR PROMO | PrizeWheel.com | $ 250.81 |
| SOURCE4-2136 | Source4 | $ 195.17 |
| SPINNING DES | Spinning Designs | $ 530.66 |
| STRAN PROMO | Stran Promotional Solutions | $ 409.11 |
| THE ICE-2239 | The Icebox | $ 428.89 |
| TRAINER-2296 | Trainers Warehouse | $ 239.94 |
| UNBEATABLE S | UnbeatableSale, Inc. | $ 182.19 |
| WALKER-CLAY | Walker-Clay, Inc. | $ 391.03 |
| WAL-MART MKT | Walmart.com | $ 152.99 |
| Totals: | | $ 126,485.25 |

# Navigate Business Checking℠

April 30, 2025 ∎ Page 1 of 7

**WELLS FARGO**

THERMOPRO, INC.
DBA GAMES PEOPLE PLAY
DEBTOR IN POSSESSION
CH11 CASE #25-53612 (NGA)
1600 CROSS POINTE WAY STE D
DULUTH GA 30097-4307

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

Other Wells Fargo Benefits

Keep your accounts and money safe. Know how to spot a scam with these two tips.

1. Question unusual payment requests.
Scammers prefer payment methods that make it difficult or impossible to recover your money. Be cautious if anyone asks you to pay with gift cards, prepaid cards, cryptocurrency, wire transfers, or a payment app. These payment methods are like sending cash. Remember that requests for gift cards are almost always a scam.

Learn more at wellsfargo.com/saferpayments

2. Don't allow anyone remote access to your devices.
Scammers may call you posing as a computer technician, or you may get a pop-up window on your screen warning you about an issue with your device. If you engage, they'll ask you to allow them into your computer or to do a screen share.

Know that legitimate tech support companies don't contact you and ask for access to your computer. If this happens to you, it's a scam. If you have an issue with your computer or device, go to a company you know and trust. Never rely on someone reaching out to you and don't allow them access to your device.

**WELLS FARGO**

It's your money and your personal information. Protect it.

Learn more at wellsfargo.com/scams

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/4 | $0.00 |
| Deposits/Credits | 103,284.63 |
| Withdrawals/Debits | - 83,249.03 |
| Ending balance on 4/30 | $20,035.60 |

Account number: ████1868  (primary account)

THERMOPRO, INC.
DBA GAMES PEOPLE PLAY
DEBTOR IN POSSESSION
CH11 CASE #25-53612 (NGA)

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  061000227

For Wire Transfers use
Routing Number (RTN):  121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.13 |
| Average collected balance | $17,691.39 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.13 |
| Interest paid this year | $0.13 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/4 | | Deposit | 11,873.71 | | 11,873.71 |
| 4/7 | | Instant Pmt From #Yjy Etsy Via Plaid-#Yjy Etsy on 04/07 Ref#20250407021214273P1Bgo8601059002068 | 0.01 | | |
| 4/7 | | WT Seq#85948 Piedmont Plastics, Inc. /Bnf=Piedmont Plastics Srf# Ow00005560988875 Trn#250407085948 Rfb# Ow00005560988875 | | 5,030.47 | 6,843.25 |
| 4/8 | | Prizewheel Com I Transfer Thermopro, Inc. | 528.35 | | |
| 4/8 | | Citi Card Online Payment 250407 431664476548240 Gregory T Weigle | | 300.00 | 7,071.60 |
| 4/9 | | Halo Branded Sol Payment 250408 13683 Thermopro Inc | 0.01 | | |
| 4/9 | | Deposit | 2,574.22 | | 9,645.83 |
| 4/11 | | School Specialty E20250410A 686816 Thermopro Inc | 674.45 | | |
| 4/11 | | Liberty Diversif EDI Pymnts 336916 336916\Ref*PO*0034126\2\Dtm*003*20250303\SE*16*000 | 5,524.35 | | |
| 4/11 | | Deposit Made In A Branch/Store | 7,499.65 | | 23,344.28 |
| 4/14 | | Ansira Partners Epay 250411 Thermopro, Inc. | 9,168.91 | | |
| 4/14 | | WT Seq#81846 Ally Hr LLC /Bnf=Ally Hr Inc Srf# Ow00005583274258 Trn#250414081846 Rfb# Ow00005583274258 | | 18,626.21 | |
| 4/14 | < | Business to Business ACH Debit - National Employe Invoice 250412 H1334278 Thermopro, Inc | | 0.44 | 13,886.54 |
| 4/15 | | Etsy, Inc. Payout Etsy TRN*1*Etsy**4Vxm3G66Mtxthi3N\Rmr*lk*Etsy.Com\ | 113.37 | | |
| 4/15 | | Mobile Deposit : Ref Number :810150229136 | 222.89 | | |
| 4/15 | | Mobile Deposit : Ref Number :010150229838 | 7,553.96 | | |
| 4/15 | | Mobile Deposit : Ref Number :910150229451 | 290.18 | | |
| 4/15 | | WF Direct Pay-Payment- Tran ID Dpaaaecigg | | 541.33 | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 4/15 | | WF Direct Pay-Payment- Tran ID Dpaaaeckhr | | 3,680.00 | |
| 4/15 | | Citi Card Online Payment 250414 421670544611848 Gregory T Weigle | | 1,500.00 | 16,345.61 |
| 4/16 | | Deposit Made In A Branch/Store | 1,653.31 | | |
| 4/16 | | Waste Management Payment 250415 000326503513003 Log IN to The My WM Account Page for Payment Data | | 105.31 | |
| 4/16 | | Capital Group Web Pymnt xxxxx1437 Psw1Tvxj Thermopro Inc | | 158.06 | |
| 4/16 | | Citi Card Online Payment 250415 431671457071954 Gregory T Weigle | | 500.00 | |
| 4/16 | < | Business to Business ACH Debit - Jackson Electric Web Pmts 041625 13Kw7Q Thermopro Inc | | 3,853.44 | 13,382.11 |
| 4/17 | | Harris Tech Inc Thermopro 250417 Thermopro Games Ppl Pl | 532.08 | | |
| 4/17 | | Yamaha Motor Cor Yamaha ACH Apr 16 0001251674 Thermopro, Inc. | 2,827.50 | | |
| 4/17 | | Micromeritics Paymentjnl 250416 V01736 Thermopro Inc | 16,198.40 | | |
| 4/17 | | Citi Card Online Payment 250416 431672321968859 Gregory T Weigle | | 500.00 | |
| 4/17 | | Citi Card Online Payment 250416 421672269542785 Gregory T Weigle | | 600.00 | 31,840.09 |
| 4/18 | | School Specialty E20250417A 687347 Thermopro Inc | 124.99 | | |
| 4/18 | | 4Imprint Oper Vendor Pay 1021327 Thermo Pro Inc. | 1,227.58 | | |
| 4/18 | | Citi Card Online Payment 250417 421673193593301 Gregory T Weigle | | 500.00 | 32,692.66 |
| 4/21 | | WF Direct Pay-Payment- UPS 00009R9618135/145/155-Tran ID Dpaaaehvza | | 666.61 | |
| 4/21 | < | Business to Business ACH Debit - American Funds Investment 250417 Irk147676250417 Gregory Weigle | | 1,446.89 | 30,579.16 |
| 4/22 | | Deposit Made In A Branch/Store | 6,121.85 | | |
| 4/22 | | Citi Card Online Payment 250421 421676582169227 Gregory T Weigle | | 500.00 | 36,201.01 |
| 4/23 | | Mrchnt Pmnt Proc Settlement 250422 561101001135739 Games People Play | 2,335.39 | | |
| 4/23 | | Mrchnt Pmnt Proc Release 250422 561101001135739 Games People Play | 7,279.46 | | |
| 4/23 | | Zelle to Atlanta Digital Marketing Grp. on 04/23 Ref #Rp0Yr6Lg8L Invoice #57 | | 1,000.00 | |
| 4/23 | | WF Direct Pay-Payment- PO #13400-Tran ID Dpaaaejw3N | | 4,095.00 | 40,720.86 |
| 4/24 | | Amazon.C2Fertn4D Payments 250423 2H0Lwxnqv64T5Fe Gregory Weigle | 0.01 | | |
| 4/24 | | Mercury Promo Cons Pay 250424 114755 P167899 Mercury Promotions | 265.95 | | |
| 4/24 | | Mrchnt Pmnt Proc Settlement 250423 561101001135739 Games People Play | 438.58 | | |
| 4/24 | | WT Seq108632 Ally Hr LLC /Bnf=Ally Hr Inc Srf# Ow00005614372397 Trn#250424108632 Rfb# Ow00005614372397 | | 18,405.32 | |
| 4/24 | | Citi Card Online Payment 250423 421678276898022 Gregory T Weigle | | 1,000.00 | |
| 4/24 | | Selective Ins Selective 250423 000001724288580 Thermopro, Inc. | | 3,024.00 | 18,996.08 |
| 4/25 | | School Specialty E20250424A 687871 Thermopro Inc | 124.99 | | |
| 4/25 | | Mrchnt Pmnt Proc Settlement 250424 561101001135739 Games People Play | 768.67 | | |
| 4/25 | | 4Imprint Oper Vendor Pay 1021216 Games People Play | 1,706.88 | | |
| 4/25 | | 4Imprint Oper Vendor Pay 1021327 Thermo Pro Inc. | 2,329.77 | | |
| 4/25 | | S S Worldwide ACH Pay SD1700 Thermopro Inc | 595.38 | | |
| 4/25 | | WF Direct Pay-Payment- Piedmont and Peachtree-Tran ID Dpaaaem3NI | | 5,255.94 | |
| 4/25 | < | Business to Business ACH Debit - Ffva Mutual Premium 250424 7171335 *Thermopro, Inc. | | 927.00 | |
| 4/25 | | Citi Card Online Payment 250424 431679099465610 Gregory T Weigle | | 1,000.00 | 17,338.83 |
| 4/28 | | Cnaadvert xx7293 AR Pymts 250428 Thermopro Order No 114783/PO No 16315 | 495.59 | | |

**WELLS FARGO**

---

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/28 | | Mrchnt Pmnt Proc Settlement 250425 561101001135739 Games People Play | 877.16 | | |
| 4/28 | | Deposit Made In A Branch/Store | 7,048.01 | | |
| 4/28 | | WF Direct Pay-Payment- Piedmont-Tran ID Dpaaaenxxv | | 3,452.50 | 22,307.09 |
| 4/29 | | WF Direct Pay-Payment- POS 13607/608-Tran ID Dpaaaeo74Y | | 1,104.05 | |
| 4/29 | | Xero US Inv-6221 Xero US IN St-F8G8O8T9D0J1 Games People Play | | 4.70 | |
| 4/29 | | Citi Card Online Payment 250428 421682663378009 Gregory T Weigle | | 1,000.00 | |
| 4/29 | | Upsbillctr Payment 250428 00009R9618 Log IN to The UPS Billing Center for Payment Deta | | 3,227.14 | |
| 4/29 | 1001 | Check | | 244.62 | 16,726.58 |
| 4/30 | | Cnaadvert xx7293 AR Pymts 250430 Thermopro Order No 114519/PO #3018 Mindy Schultz | 372.66 | | |
| 4/30 | | Cnaadvert xx7293 AR Pymts 250430 Thermopro Order No 114520/PO #3018 Bianca Echtler | 424.66 | | |
| 4/30 | | Mrchnt Pmnt Proc Settlement 250429 561101001135739 Games People Play | 1,435.96 | | |
| 4/30 | | Amazon.Cpsyqtwap Payments 250429 7Dr10Eouvvuxv4D Gregory Weigle | 2,075.61 | | |
| 4/30 | | Citi Card Online Payment 250429 421683512319633 Gregory T Weigle | | 1,000.00 | |
| 4/30 | | Interest Payment | 0.13 | | 20,035.60 |
| **Totals** | | | **$103,284.63** | **$83,249.03** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

<   *Business to Business ACH:  If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|------|------|------|
| 1001 | 4/29 | 244.62 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/04/2025 - 04/30/2025 | Standard monthly service fee $25.00 | You paid $0.00 |
|------|------|------|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee.  Your fee waiver is about to expire. You will need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|------|------|------|
| • Minimum daily balance | $10,000.00 | $6,843.25 ☐ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $20,382.31 ☑ |
| - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
| - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
| - Average ledger balance in your Business Time Account (CD) | | |

WK/WK

WELLS FARGO

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 58 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# ☑ IMPORTANT ACCOUNT INFORMATION

Effective June 4, 2025, we are updating the following sections of the "Availability of Funds Policy" in our Deposit Account Agreement:

The "Longer delays may apply" section is deleted and replaced with the following:

In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit.

Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $275 of your deposit, however, may be available on the first business day after the day of your deposit.

Except as otherwise explained in this paragraph, if we are not going to make all funds from your deposit available on the business day of deposit or the first business day after the day of deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Wells Fargo employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit.

If you need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:
- We believe a check you deposit will not be paid
- You deposit checks totaling more than $6,725 on any one day
- You redeposit a check that has been returned unpaid
- You have overdrawn your account repeatedly in the last six months
- There is an emergency, such as failure of computer or communications equipment

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh business day after the day of your deposit.

The "Special rules for new accounts" section is deleted and replaced with the following:

If you are a new customer, the following special rules apply during the first 30 days your account is open. Incoming wire transfers, electronic direct deposits, and cash deposited at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposit. Funds from your check deposits will be available on the business day after the day we receive the deposits: no funds from a business day's check deposits are available on the day we receive the deposits.

If we delay the availability of your deposit the following special rules may apply:
- The first $6,725 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit, if your deposit meets certain conditions. For example, the checks must be payable to you. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $6,725 may not be available until the second business day after the day of your deposit.
- The excess over $6,725 and funds from all other check deposits will be available no later than the seventh business day after the day of your deposit. The first $275 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

---

Effective May 15, 2025, the section of the Deposit Account Agreement titled "Availability of Funds Policy," subsection "Your ability to withdraw funds," is deleted and replaced with the following:

**WELLS FARGO**

Our policy is to make funds from your check deposits to your checking or savings account (in this policy, each account) available to you on the first business day after the day we receive your deposits. Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window, at a Wells Fargo ATM, and with the Wells Fargo Mobile Banking app will be available on the day we receive the deposits. Certain electronic credit transfers, such as those through card networks or funds transfer systems, will generally be available on the day we receive the transfer. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks and other items presented for payment and applicable fees that you have incurred.

Effective May 15, 2025, the section of the Deposit Account Agreement titled "Fund Transfer Disclosures-General," subsection "ACH transactions," is deleted and replaced with the following:

These additional terms apply to payments to or from your account that you transmit through an ACH:
- Your rights as to payments to or from your account will be based on the laws governing your account.
- When we credit your account for an ACH payment, the payment is provisional until we receive final settlement through a Federal Reserve Bank or otherwise receive payment.
- If we don't receive final settlement or payment, we're entitled to a refund from you for the amount credited to your account and the sender of the payment will not be considered to have made the payment to you.
- For ACH debit entries that debit your non-Wells Fargo account and credit your Wells Fargo account, Wells Fargo Bank generally holds those funds for 3-4 business days to make sure that the funds will not be returned unpaid before we credit your Wells Fargo account. Longer holds may apply, or we may return the funds to the sending bank and not make the funds available to your Wells Fargo Account, if we - in our sole discretion - believe the transfer is irregular or suspicious.
- Any Originating Depository Financial Institution (ODFI) may initiate, pursuant to ACH Operating Rules, ACH debit entries to your account for presentment or re-presentment of items you write or authorize.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**WELLS FARGO**

---

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                          $ _____
   register or transfers into                           $ _____
   your account which are not                           $ _____
   shown on your statement.                           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      $ |        |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

COMPANY NAME: Thermopro
BANK NAME: Wells Fargo                           TYPE OF ACCOUNT: Checking
Statement Date:   4/30/2025                      BAL PER BANK STMT:   20,035.60

**PLUS: DEPOSITS IN TRANSIT**                                              -

| | |
|---|---|
| - | - |

**<u>Adjustments</u>**                                                     -

    (1,344.90) Aflac
  (25,529.22) Last April payroll

**Outstanding Checks and ACHs**                         (26,874.12)

                                                         (6,838.52)

                                         GL Balance      (6,838.52)

                                                              -

# UNITED BANK

**United Processing Center**
P.O. Box 393
Charleston, WV 25322-0393

| | |
|---|---|
| Account Number: | ████1068 |
| Statement Date: | 04/30/2025 |
| Page: | 1 of 6 |

THERMOPRO INC
D I P
1600 CROSS POINTE WAY SUITE D
DULUTH GA 30097-4307

## Customer Care Information

| | | |
|---|---|---|
| 📞 | Phone: | 800.327.9862 |
| ✉ | Mailing Address: | P.O. Box 393<br>Charleston, WV 25322-0393 |
| 🖱 | Visit Us Online: | BankWithUnited.com |

  

---

**FREE BUSINESS CHECKING**  **Account Number:** ████1068

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 04/01/25** | **$15,471.71** |
| + Deposits and Credits  (23) | $31,781.42 |
| - Checks Posted  (2) | $5,784.82 |
| - Withdrawals and Debits  (36) | $39,924.09 |
| **Ending Balance as of 04/30/25** | **$1,544.22** |
| Number of Days in Statement Period | 30 |
| Low Balance | -$560.23 |
| Average Balance | $2,438.71 |
| Average Collected Balance | $2,005 |

## Checks Posted
**\* Indicates a break in check sequence**
**R-Check has been returned**

| Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|
| Apr 11 | 0 | $5,384.82 | Apr 03 | ████ | $400.00 |





# Less Paper. More Convenience.

Simplify your life by signing up online for eStatement and eNotices – they're fast, convenient and completely secure.

Scan the QR code to sign up for free eStatements today through Online Banking or the Bank With United app.





13091 0066436 0001-0006 0000000000000000

THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING—NOT CHARGED TO ACCOUNT**

| No. | $ | No. | $ |
|-----|---|-----|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **Total Checks Outstanding** | $ |

BANK BALANCE SHOWN IN
THIS STATEMENT                                    $ _____

ADD DEPOSITS NOT CREDITED
IN THIS STATEMENT                +     $ _____

_____

TOTAL                                                    $ _____

SUBTRACT
CHECKS OUTSTANDING          -     $ _____

The balance should agree with your checkbook balance after deducting any
service charge and adding any interest earned shown on this statement.

BALANCE                                              $ _____

---

### In case of errors or questions about your electronic transfers.

Write us at:
United Processing Center
500 Virginia Street, East
P. O. Box 393
Charleston, WV 25322-0393

Call: 800.327.9862

Email us through the "Contact Us" link on our website: www.BankWithUnited.com

---

**Electronic Fund Transfers (Consumer Accounts Only)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer listed on a statement or receipt, please contact us as soon as possible by visiting your nearest United Bank branch or by calling 800-327-9862.  We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.  You must:

1. Tell us your name and account number;
2. Describe the error or the transfer about which you are unsure, and explain as clearly as you can why you believe there is an error or why you need more information; and
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.  After we hear from you, we will determine whether an error occurred within 10 business days (5 business days for United Check Card point-of-sale transactions and 20 business days if the transfer in question occurred within 30 days of your initial deposit to that account, i.e., a "new" account) and will correct any error promptly.

If we need more time, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or foreign-initiated transfer) to investigate your complaint or question. If we decide to do this we will recredit your account for the amount you think is in error, minus a maximum of $50, so that you have use of the funds during our investigation.  If we ask you to put your complaint in writing and we do not receive it within 10 business days, we may not credit your account. We will tell you the results within 3 business days after completing our investigation.  If we decide that there was no error or that the error occurred in a manner or amount different than you originally described, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you think your statement shows transfers that you did not make, tell us as soon as possible.  If you do not inform us within 60 days after the statement was mailed or made available to you, you may not get back any money you lost after 60 days. This will occur if we can prove that we could have stopped the transaction(s) with proper notification from you within the 60 days.



**Member FDIC**

# UNITED BANK

THERMOPRO INC

**Account Number:** ⬛1068
**Statement Date:** 04/30/2025
**Page :** 2 of 6

13091 0066438 0002-0006 00000000000000000

| Debits | |
|---|---|

| Date | Description | Withdrawals |
|---|---|---|
| Apr 01 | ACH DEBIT | -$695.82 |
| | Parafin Capital 2025-03-22 balance_transactio n_aad4bf2f-52f7-45 a6-9073-61dfb1e212 45 | |
| Apr 01 | ACH DEBIT | -$749.50 |
| | MAISON CAPITAL MC2045914 250401 570-493-9365#5 THERMOPRO INC | |
| Apr 01 | ACH DEBIT | -$749.50 |
| | MAISON CAPITAL MC2045914 250401 570-493-9365#5 THERMOPRO INC | |
| Apr 01 | ACH DEBIT | -$771.82 |
| | MRCHNT PMNT PROC SETTLEMENT 250401 561101001135739 Games People Play | |
| Apr 01 | ACH DEBIT | -$847.21 |
| | Revenued Debit Collect:[A56267F06 959A289] | |
| Apr 01 | ACH DEBIT | -$900.00 |
| | UNIQUE FUNDING S PAYMENT 80 250401 450188 THERMOPRO INC | |
| Apr 01 | ACH DEBIT | -$1,153.00 |
| | ServisFirst Bank VISA PAY 250401 F    197654057 THERMOPRO INC., | |
| Apr 01 | ACH DEBIT | -$1,654.58 |
| | AMERICAN FUNDS INVESTMENT 250401  THERMOPRO INC | |
| Apr 01 | ACH DEBIT | -$2,500.00 |
| | COMENITY PAY SM WEB PYMT 250401 | |
| Apr 01 | ACH DEBIT | -$3,500.00 |
| | CITI CARD ONLINE PAYMENT 250401 | |
| Apr 02 | ACH DEBIT | -$131.42 |
| | Unitedhealthcare Premium 250402 | |
| Apr 02 | ACH DEBIT | -$148.30 |
| | Unitedhealthcare Premium 250402 | |
| Apr 02 | ACH DEBIT | -$189.99 |
| | ATT Payment 250402 | |
| Apr 02 | ACH DEBIT | -$638.52 |
| | UNCAPPED EJJE4HK 250402 Q9M2 Thermopro Inc | |
| Apr 02 | ACH DEBIT | -$732.21 |
| | Revenued Debit Collect:[063A7447C A8FFFB7] | |
| Apr 02 | ACH DEBIT | -$749.50 |
| | MAISON CAPITAL MC2045914 250402 570-493-9365#6 THERMOPRO INC | |
| Apr 02 | ACH DEBIT | -$749.50 |
| | MAISON CAPITAL MC2045914 250402 570-493-9365#6 THERMOPRO INC | |
| Apr 02 | ACH DEBIT | -$1,587.08 |
| | AMERICAN FUNDS INVESTMENT 250402 IRK147676250401 THERMOPRO INC | |
| Apr 02 | ACH DEBIT | -$1,900.00 |
| | CITI CARD ONLINE PAYMENT 250402 | |



# UNITED BANK

THERMOPRO INC

**Account Number:** ███1068
**Statement Date:** 04/30/2025
**Page :** 3 of 6

## Debits (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Apr 02 | ACH DEBIT | -$7,977.35 |
| | SAVANT PURCHASE 250402 THERMOPRO THERMOPRO | |
| Apr 03 | CHECK  29851 | -$400.00 |
| Apr 03 | ACH DEBIT | -$341.40 |
| | ACHMA VISB BILL PYMNT 250403 | |
| Apr 03 | ACH DEBIT | -$732.21 |
| | Revenued Debit Collect:[38F1EC7BB A15B4EA] | |
| Apr 03 | ACH DEBIT | -$749.50 |
| | MAISON CAPITAL MC2045914 250403 570-493-9365#7 THERMOPRO INC | |
| Apr 03 | ACH DEBIT | -$749.50 |
| | MAISON CAPITAL MC2045914 250403 570-493-9365#7 THERMOPRO INC | |
| Apr 03 | NSF RETURN ITEM FEE | -$36.00 |
| | FOR RETURN OF ACH DEBIT 021000025016447 | |
| Apr 03 | NSF RETURN ITEM FEE | -$36.00 |
| | FOR RETURN OF ACH DEBIT 267090592344902 | |
| Apr 03 | NSF RETURN ITEM FEE | -$36.00 |
| | FOR RETURN OF ACH DEBIT 122043481780866 | |
| Apr 03 | NSF RETURN ITEM FEE | -$36.00 |
| | FOR RETURN OF ACH DEBIT 122043481780867 | |
| Apr 04 | WITHDRAWAL | -$6,282.57 |
| | DISBURSEMENT TYPE MANUAL PAYEE THERMOPRO INC | |
| Apr 11 | CHECK | -$5,384.82 |
| Apr 16 | ACH DEBIT | -$638.52 |
| | UNCAPPED EJJE4HK 250416 PTPN Thermopro Inc | |
| Apr 16 | NSF RETURN ITEM FEE | -$36.00 |
| | FOR RETURN OF ACH DEBIT 026073150020298 | |
| Apr 18 | ACH DEBIT | -$42.57 |
| | U. P. S. UPS BILL 250418 2510200009R9618 THERMOPRO INC | |
| Apr 21 | ACH DEBIT | -$185.00 |
| | CMS MEDICARE PREMIUMS 250421  DONNA M WEIGLE | |
| Apr 21 | ACH DEBIT | -$638.52 |
| | UNCAPPED EJJE4HK 250421 QXS9 Thermopro Inc | |
| Apr 21 | ACH DEBIT | -$1,023.00 |
| | SBA LOAN PAYMENT 250421 0000 THERMOPRO INC | |
| Apr 21 | NSF RETURN ITEM FEE | -$36.00 |
| | FOR RETURN OF ACH DEBIT 041036046807589 | |



## Credits

| Date | Description | Deposits |
|---|---|---|
| Apr 01 | REMOTE CAPTURE DEP | $9,614.27 |
| Apr 02 | REMOTE CAPTURE DEP | $3,380.17 |
| Apr 02 | ACH DEPOSIT | $331.49 |
| | AMAZON.CDCPRZQTX PAYMENTS 250402 | |
| | 1P7OJZVQ9X5BGUI Thermopro | |

13091 0066439 0003-0006 0000000000000000000

# UNITED BANK

THERMOPRO INC

**Account Number:** ████1068
**Statement Date:** 04/30/2025
**Page :** 4 of 6

## Credits (Continued)

| Date | Description | Deposits |
|------|-------------|----------|
| Apr 03 | ACH DEPOSIT<br>MRCHNT PMNT PROC SETTLEMENT 250403<br>561101001135739 Games People Play | $149.41 |
| Apr 03 | RETURNED ITEM<br>ACHMA VISB BILL PYMNT 250403  CHECK | $341.40 |
| Apr 03 | RETURNED ITEM<br>Revenued Debit Collect:[38F1EC7BB A15B4EA] | $732.21 |
| Apr 03 | RETURNED ITEM<br>MAISON CAPITAL MC2045914 250403 570-493-9365#7<br>THERMOPRO INC | $749.50 |
| Apr 03 | RETURNED ITEM<br>MAISON CAPITAL MC2045914 250403 570-493-9365#7<br>THERMOPRO INC | $749.50 |
| Apr 04 | ACH DEPOSIT<br>CNAAdvert xx7293 AP Pymts Order No 114500/PO No 16270 | $52.00 |
| Apr 04 | ACH DEPOSIT<br>SCHOOL SPECIALTY E20250403A 250404 686256<br>THERMOPRO INC | $124.99 |
| Apr 04 | ACH DEPOSIT<br>HALO Branded Sol PAYMENT 250404 13683 THERMOPRO<br>INC | $238.51 |
| Apr 04 | ACH DEPOSIT<br>S S WORLDWIDE ACH PAY 250404  THERMOPRO INC | $251.76 |
| Apr 04 | ACH DEPOSIT<br>Boundless Networ Payment 250404 336813 ThermoPro, Inc.<br>ak a Ga | $314.21 |
| Apr 04 | ACH DEPOSIT<br>4IMPRINT OPER VENDOR PAY 250404 1021327 THERMO<br>PRO INC. | $481.40 |
| Apr 04 | ACH DEPOSIT<br>LEMONADE CREATIV THMOPROGPP GPP | $964.46 |
| Apr 04 | ACH DEPOSIT<br>4IMPRINT OPER VENDOR PAY 250404 1021216 GAMES<br>PEOPLE PLAY | $1,418.06 |
| Apr 04 | ACH DEPOSIT<br>SIGN ZONE LLC PAYMENTS RMR*IV*123751***** **\ | $8,176.00 |
| Apr 16 | RETURNED ITEM<br>UNCAPPED EJJE4HK 250416 PTPN Thermopro Inc | $638.52 |
| Apr 17 | ACH DEPOSIT<br>Boundless Networ Payment 250417 336813 ThermoPro, Inc.<br>ak a Ga | $314.21 |
| Apr 18 | ACH DEPOSIT<br>S S WORLDWIDE ACH PAY 250418  THERMOPRO INC | $618.90 |
| Apr 21 | RETURNED ITEM<br>SBA LOAN PAYMENT 250421 0000 THERMOPRO INC | $1,023.00 |
| Apr 23 | ACH DEPOSIT<br>WAL-MART STORES 828862802 Wal-Mart Stores, I nc<br>payment | $152.99 |

13091 0066440 0004-0006 0000000000000000








# UNITED BANK

**Account Number:** [REDACTED]1068
**Statement Date:** 04/30/2025
**Page :** 6 of 6

THERMOPRO INC

## Check Images for Account [REDACTED] 1068



| | |
|---|---|
| 04/11/2025 | $5,384.82 |
| 04/03/2025 | $400.00 |



COMPANY NAME: Thermopro
BANK NAME: United Bank                          TYPE OF ACCOUNT: Checking
Statement Date:    4/30/2025                     BAL PER BANK STMT:        1,544.22

**PLUS: DEPOSITS IN TRANSIT**                                              -

|   |   |
|---|---|
| - | - |

**Adjustments**                                                            -

**Outstanding Checks and ACHs**                                            -

                                                                   1,544.22

                                              GL Balance           1,544.22

                                                                          -