**IT IS ORDERED as set forth below:**



**Date: June 25, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **THERMOPRO, INC.** | **CASE NO. 25-53612-BEM** |
| Debtor. | **CHAPTER 11 (SUBCHAPTER V)** |

**ORDER AUTHORIZING THE RETENTION AND**
**EMPLOYMENT OF PLASTIC MACHINERY GROUP**
**AS EQUIPMENT SALES BROKER FOR THE DEBTOR**

THIS MATTER came on before the undersigned upon the Debtor's Application[1] for entry of an order pursuant to § 327(a) of the Code and Federal Rule of Bankruptcy Procedure 2014 authorizing the retention and employment of Plastics Machinery Group ("PMG"), as more fully described in the Application;

AND IT APPEARING that due and sufficient notice of the Application has been given under

---

[1] Capitalized terms used but not defined in this Order shall have the meanings used in the Application.

the circumstances, and that no other or further notice need be provided;

AND IT APPEARING that the Court has jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and that this Court may enter a final order consistent with Article III of the United States Constitution;

AND IT APPEARING that the legal and factual bases set forth in the Application and in the Declaration of Todd Harrell establish just cause for the relief granted herein;

AND THIS COURT having determined that the relief sought in the Application is in the best interests of the Debtor, its estate, and its creditors, and other parties in interest;

AND THIS COURT finding that PMG is a "disinterested person," as defined in § 101(14) of the Bankruptcy Code and as required by § 327(a) of the Bankruptcy Code because (i) PMG has no connection with the Debtor, any of the creditors, its estate, and its creditors, or other parties in interest, their respective attorneys and accountants, or the United States Trustee or any of its employees, except as set forth in the Declaration of Todd Harrell, (ii) PMG is not a creditor, equity security holder, or insider of the Debtor, (iii) none of PMG's members or employees are or were, within two (2) years of the Petition Date, a director, officer, or employee of the Debtor, and (iv) PMG does not hold and has neither represented nor represents an interest materially adverse to the interests of the Debtor's estate or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Application is Granted as set forth herein.

[Page **2** of **4**]

2. In accordance with § 327(a) of the Bankruptcy Code, the Debtor is hereby authorized to retain and employ the PMG as an equipment sales broker on the terms set forth in the Application and the Declaration of Todd Harrell.

3. PMG shall be entitled to allowance of compensation pursuant to the terms set forth in the Application and the Declaration of Todd Harrell.

4. Notwithstanding any stay that might be imposed by Bankruptcy Rule 6004(h) or otherwise, this Order shall be effective and enforceable immediately upon entry thereof.

5. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application and the Declaration of Todd Harrell.

6. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

**[END OF DOCUMENT]**

Prepared and submitted by:

*/s/ Michael B. Pugh*
**MICHAEL B. PUGH**
Georgia State Bar No. 150170
THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092
(770) 925-0111
mpugh@tokn.com
*Attorney for ThermoPro, Inc.*

## DISTRIBUTION LIST

| | |
|---|---|
| <u>DEBTORS</u>: | ThermoPro, Inc.<br>1600 Cross Pointe Way<br>Suite D<br>Duluth, GA 30097 |
| <u>DEBTOR'S ATTORNEY</u>: | Michael B. Pugh<br>Thompson, O'Brien, Kappler & Nasuti, P.C.<br>2 Sun Court, Suite 400<br>Peachtree Corners, GA 30092 |
| <u>CHAPTER 11 TRUSTEE</u>: | Gary M. Murphey<br>Chapter 11 Subchapter V Trustee<br>Resurgence Financial Services, LLC<br>3330 Cumberland Blvd., Suite 500<br>Atlanta, GA 30339 |
| <u>U.S. TRUSTEE</u>: | United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 |