**IT IS ORDERED as set forth below:**

**Date: September 9, 2025**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| THERMOPRO, INC. | CASE NO. 25-53612-BEM |
| Debtor. | CHAPTER 11 (SUBCHAPTER V) |

**ORDER GRANTING SECOND MOTION TO EXTEND PLAN FILING DEADLINE**

THIS MATTER came on before the Court for hearing on September 9, 2025 at 11:00 A.M. (the "Hearing") on the Second Motion to Extend Plan Filing Deadline (Doc. No. 65) (the "Motion") filed by ThermoPro, Inc. (the "Debtor") on August 13, 2025. In the Motion, Debtor requests entry of an order extending the deadline for filing a plan in this case through and including October 29, 2025.

After adequate notice and opportunity for hearing, and hearing no objection to the relief requested, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that, pursuant to § 1189(b), the deadline for the Debtor to file a plan is extended

through and including **October 29, 2025**.  It is further

      **ORDERED** that Debtor's Counsel shall serve a copy of this Order by mail on all creditors and parties-in-interest listed on the mailing matrix in this case and file a certificate of service within three (3) business days thereafter.

### [END OF DOCUMENT]

Prepared and submitted by:

*/s/ Charles Taylor Kogan*
**CHARLES TAYLOR KOGAN**
Georgia State Bar No. 184723
THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092
(770) 925-0111
tkogan@tokn.com
*Attorney for ThermoPro, Inc.*

## DISTRIBUTION LIST

DEBTORS:                     ThermoPro, Inc.
                             1600 Cross Pointe Way
                             Suite D
                             Duluth, GA 30097

DEBTOR'S ATTORNEY:           Michael B. Pugh
                             Charles Taylor Kogan
                             Thompson, O'Brien, Kappler & Nasuti, P.C.
                             2 Sun Court, Suite 400
                             Peachtree Corners, GA 30092

CHAPTER 11 TRUSTEE:          Gary M. Murphey
                             Chapter 11 Subchapter V Trustee
                             Resurgence Financial Services, LLC
                             3330 Cumberland Blvd., Suite 500
                             Atlanta, GA 30339

U.S. TRUSTEE:                United States Trustee
                             362 Richard Russell Federal Building
                             75 Ted Turner Drive, SW
                             Atlanta, GA 30303